**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE:  JESSIE JOHNSON                                          CASE NO: 16-32121-DHW
        4110 FITZPATRICK BLVD APT 1807
        MONTGOMERY, AL 36116

        Soc. Sec. No.  XXX-XX-7891
                Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO:  NEW HORIZON PRESCHOOL
     ATTN PAYROLL
     213 S MADISON TERRACE
     MONTGOMERY, AL 36107

     The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

     ORDERED that  NEW HORIZON PRESCHOOL withhold from the wages, earnings, or other income of this debtor the sum of **$80.00  BI-WEEKLY** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**
**16-32121-DHW JESSIE JOHNSON**
**P O BOX 613108**
**MEMPHIS TN  38101-3108**

     The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

     This Order continues in force and effect until further Order of this court.

     Done Tuesday, March 28, 2017.


cc: Debtor                                                                       */s/ Dwight H. Williams Jr.*
    Debtor's Attorney                                          Dwight H. Williams Jr.
                                                           United States Bankruptcy Judge