UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JESSIE JOHNSON
4110 FITZPATRICK BLVD APT 1807
MONTGOMERY, AL 36116

CASE NO: 16-32121-DHW

Soc. Sec. No. XXX-XX-7891
Debtor.

## INCOME WITHHOLDING ORDER

TO: CAPITAL HILL HEALTHCARE
ATTN PAYROLL
520 S HULL ST
MONTGOMERY, AL 36104

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that CAPITAL HILL HEALTHCARE withhold from the wages, earnings, or other income of this debtor the sum of **$80.00 BI-WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
16-32121-DHW JESSIE JOHNSON
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, August 14, 2017.

cc: Debtor
Debtor's Attorney

*/s/ Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge