# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:                                                    Case No.16-32121-DHW
JESSIE JOHNSON                                                        Chapter 13
4110 FITZPATRICK BLVD APT 1807
MONTGOMERY, AL 36116


Debtor
SSN: XXX-XX-7891

---

## Order Releasing Wages

---

   The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

NEW HORIZON PRESCHOOL
ATTN PAYROLL
213 S MADISON TERRACE
MONTGOMERY, AL  36107

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, August 14, 2017.

                                              */s/ Dwight H. Williams Jr.*
                                               Dwight H. Williams Jr.
                                               United States Bankruptcy Judge


**CC:**  JESSIE JOHNSON